UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A ORLANDO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br>  vs.<br><br>WELTMAN, WEINBERG & REIS CO., LPA, NAVIENT SOLUTIONS, INC., AND NAVIENT CREDIT FINANCE CORPORATION,<br><br>                Defendants. | Case No.: 2:17-03884<br><br>Removed From:<br>Suffolk County Index No. 608806/2017 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, that Defendants Weltman, Weinberg & Reis Co., LPA, Navient Solutions, Inc., and Navient Credit Finance Corporation, by and through their counsel, Davidson Fink LLP, hereby remove the above-captioned action, originally filed in Supreme Court of the State of New York, County of Suffolk, bearing Index No. 608806/2017, to the United States District Court for the Eastern District of New York.

The removed case seeks to set forth a cause of action based on the Federal Fair Debt Collection Practices Act ("FDCPA") (15 U.S.C. § 1692 et seq.). The United States District Court has federal jurisdiction over the FDCPA claims pursuant to 28 U.S.C. § 1331.

True and correct copies of (A) the Plaintiff's Summons and Notice; (B) Plaintiff's Complaint with exhibit are attached hereto as Exhibits A and B respectively.

| | |
|---|---|
| Dated: June 29, 2017<br>       Rochester, New York | DAVIDSON FINK LLP<br><br>/s/: Glenn M. Fjermedal<br>Glenn M. Fjermedal<br>28 East Main Street<br>Rochester, New York 14614<br>Tel: (585) 546-6448<br>*Counsel for Defendants* |

TO:    Simon Goldenberg
         Law Office of Simon Goldenberg PLLC
         818 East 16th Street
         Brooklyn, NY 11230