UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL A ORLANDO, ON BEHALF
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,

                      Plaintiff,

vs.

WELTMAN, WEINBERG & REIS CO., LPA,
NAVIENT SOLUTIONS, INC., and
NAVIENT CREDIT FINANCE CORPORATION,

                      Defendants.

---

Case No.: 2:17-03884

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 08 2018 ★
LONG ISLAND OFFICE

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and WELTMAN, WEINBERG & REIS CO., LPA ("WWR") NAVIENT SOLUTIONS, INC. ("NSI"), and NAVIENT CREDIT FINANCE CORPORATION ("NCFC"), collectively ("Defendants") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

November 17, 2017

/s/: Jared Louzon
Jared Louzon, Esq.
Law Office of Simon Goldenberg, PLLC
818 East 16th Street
Brooklyn, NY 11230
Telephone: (347)640-4357

*Attorney for Plaintiff*

November 17, 2017

/s/: Glenn M. Fjermedal
Glenn M. Fjermedal, Esq.
Davidson Fink LLP
28 East Main Street, Suite 1700
Rochester, NY 14614
Telephone: (585) 546-6448

*Attorney for Defendants*

*Handwritten note: "The Clerk of the Court shall close the case."*

SO ORDERED

Joseph F. Bianco
USDJ
Date: Jan. 8, 2018
Central Islip, N.Y.